# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00045-CR

**Moses Joe Mejia, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
### NO. C-08-0776-SA, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due March 23, 2105. The brief has not been received and appellant's court-appointed attorney, Nathan H. Butler, failed to respond to this Court's notice that the brief is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than June 10, 2015. *See* Tex. R. App. P. 38.8(b)(3).

It is so ordered on this the 11th day of May, 2015.

Before Justices Puryear, Pemberton, and Bourland

Abated and Remanded

Filed:  May 11, 2015

Do Not Publish

2